IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

THURSTON WALLER,

    Plaintiff

VS.

DELORES FAIRCLOTH,

    Defendant

NO. 5:06-CV-87 (DF)

**PROCEEDINGS UNDER 42 U.S.C. §1983
BEFORE THE U. S. MAGISTRATE JUDGE**

# RECOMMENDATION

Plaintiff THURSTON WALLER has filed this action in which he seeks relief based on the actions of probation officer DELORES FAIRCLOTH. Tabs #1, #8, and #9. On November 16, 2006, the undersigned directed the parties to brief the court on whether this action would more properly be brought under §1983 or as a habeas corpus petition pursuant to 28 U.S.C. §2254. Tab #15. Having received responses from both parties (Tabs #16, #17, and #18), the undersigned finds that the plaintiff's complaint does not set forth an actionable claim pursuant to §1983.[1]

The plaintiff's responses to the November 16th Order aver that his complaint is not regarding the legality of his incarceration, but instead is challenging "a discriminative act from probation" whereby another inmate was permitted to be released on bond under similar circumstances while Waller was not. Whatever semantics the plaintiff uses, however, his claims are barred by ***Heck v. Humphrey***, 512 U.S.477, 114 S. Ct. 2364 (1994), which holds that in order for a plaintiff to receive tort damages for actions that would necessarily require the plaintiff's incarceration to be found unlawful, the unlawfulness of the incarceration must be established before a tort suit can be properly brought. It is therefore RECOMMENDED that the plaintiff's action be DISMISSED for failure to state a claim for §1983 relief.

---

[1] This Recommendation does not make a finding as to whether Waller has an actionable habeas corpus claim.

Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

SO RECOMMENDED, this 15th day of DECEMBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE