IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| THURSTON WALLER, | : | |
| Plaintiff, | : | Case No.: 5:06-cv-87 (CAR) |
| v. | : | |
| DELORES FAIRCLOTH, | : | |
| Defendant. | : | |

# ORDER

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 19] that this Court should dismiss Plaintiff's action for failure to state a claim for § 1983 relief. Plaintiff did not file any Objections to the Recommendation. After reviewing the Recommendation and the record, the Court agrees with the Magistrate Judge's Recommendation and finds that Plaintiff's action should be dismissed. Accordingly, the Court **ADOPTS** the Recommendation and **MAKES IT THE ORDER OF THE COURT**.

**SO ORDERED,** this 25th day of June, 2007.

s/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

EHE